IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN CASEY, | : |
| | : |
|     **Plaintiff,** | : |
| | :   **CIVIL ACTION** |
|     v. | : |
| | :   **14-2671** |
| UNITEK GLOBAL SERVICES, INC., et. al, | : |
| | : |
|     **Defendants.** | : |

**ORDER**

**AND NOW**, this 9th day of February 2015, upon consideration of defendants' motion for a protective order, doc. no. 20, defendants' motion to seal documents in support of its motion for protective order, doc. no. 21, defendants' motion to quash subpoena, doc. no. 22, defendants' motion to seal documents in support of its motion to quash, doc. no. 23, and plaintiff's responses thereto, doc. nos. 26, 27, 28 and 29, **IT IS HEREBY ORDERED** that:

    1.    Defendants' motion for protective order, doc. no. 20, is **DENIED**.

    2.    Defendants' motion to seal documents in support of its motion for protective order, doc. no. 21, is **GRANTED in part**.

    3.    Exhibits 13 through 16 to defendants' motion for protective order will be redacted. Defense counsel, in consultation with plaintiff's counsel, will redact plaintiff's personal identifiers including her address, social security number, driver's license number, phone number and email address from the exhibits. Defense counsel will re-file

redacted versions of the exhibits with the clerk on or before **FRIDAY, FEBRUARY 20, 2015**.

    4.    Defendants' motion to seal documents in support of its motion for protective order, doc. no. 21, is otherwise **DENIED**. The clerk is directed to publish an unredacted copy of defendants' motion for protective order, doc. no. 20, on ECF. The clerk is directed to publish exhibits 17 through 32, doc. no. 20-18 through doc. no. 20-33, on ECF.

    5.    Defendants' motion to quash subpoena, doc. no. 22, is **DENIED**.

    6.    Defendants' motion to seal documents in support of its motion to quash subpoena, doc. no. 23, is **DENIED**. The clerk is directed to file exhibits 2 through 4, doc. no. 22-3 through doc. no. 22-5, on ECF.

                                          BY THE COURT

                                          /s/ Lawrence F. Stengel
                                          LAWRENCE F. STENGEL, J.